**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-cr-163-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MAGDIEL SANCHEZ-URIAS,
       a/k/a "Jaime,"
       a/k/a "Pariente,"
       a/k/a "Chinola,"
2. VIRGEN LEONEL RANGEL-SANCHEZ,
3. AGUSTIN MARES-CADENA,
4. ZAIRA TECAN-TEJEDA,
5. ALONDRA CARDENAS-RIVERA,
6. MIGUEL MENDOZA-DURAN,
       a/k/a "Angel Duran-Martinez,"
7. RAUL ERNESTO ALVARADO,
       a/k/a "Ivan Gutierrez-Armenta,"
       a/k/a "Usiel Medina-Meza,"
       a/k/a "Rulo,"
8. ERICA ROMERO,
       a/k/a "Erica Linsenbach,"
9. TOMAS MORALES JR.,
10. PAOLA ORTIZ-JIMENEZ,
11. ERIKA ESMERALDA GARCIA,
        a/k/a "Chaparita,"
12. AUDEL LAUREANO-VARGAS,
        a/k/a "Nene,"
13. ANA AGUILAR,
        a/k/a "Lulu,"

    Defendants.

**INDICTMENT**

The Grand Jury charges:

## COUNT 1

From a time unknown, but not later than on or about November 6, 2023, up to and including on or about January 24, 2023, in the State and District of Colorado and elsewhere, the defendants, MAGDIEL SANCHEZ-URIAS, a/k/a "Jaime," a/k/a "Pariente," a/k/a "Chinola;" VIRGEN LEONEL RANGEL-SANCHEZ; AGUSTIN MARES-CADENA; ZAIRA TECAN-TEJEDA; ALONDRA CARDENAS-RIVERA; MIGUEL MENDOZA-DURAN, a/k/a "Angel Duran-Martinez;" RAUL ERNESTO ALVARADO, a/k/a "Ivan Gutierrez-Armenta," a/k/a "Usiel Medina-Meza," a/k/a "Rulo;" ERICA ROMERO, a/k/a "Erica Linsenbach;" TOMAS MORALES JR.; and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire and agree, with interdependence, to possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance. in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about November 8, 2023, in the State and District of Colorado, the defendants, VIRGEN LEONEL RANGEL-SANCHEZ and AGUSTIN MARES-CADENA did knowingly and intentionally possess with intent to distribute 400 grams and more of

2

a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 3

On or about December 6, 2023, in the State and District of Colorado, the defendants, VIRGEN LEONEL RANGEL-SANCHEZ, ZAIRA TECAN-TEJEDA, and ALONDRA CARDENAS-RIVERA, did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 4

On or about December 24, 2023, in the State and District of Colorado, the defendants, MAGDIEL SANCHEZ-URIAS, a/k/a "Jaime," a/k/a "Pariente," a/k/a "Chinola;" MIGUEL MENDOZA-DURAN, a/k/a "Angel Duran-Martinez;" and RAUL ERNESTO ALVARADO, a/k/a "Ivan Gutierrez-Armenta," a/k/a "Usiel Medina-Meza," a/k/a "Rulo;" did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi)

and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 5

On or about January 10, 2024, in the State and District of Colorado, the defendants, MAGDIEL SANCHEZ-URIAS, a/k/a "Jaime," a/k/a "Pariente," a/k/a "Chinola;" ERICA ROMERO, a/k/a "Erica Linsenbach;" TOMAS MORALES JR.; MIGUEL MENDOZA-DURAN, a/k/a "Angel Duran-Martinez;" and RAUL ERNESTO ALVARADO, a/k/a "Ivan Gutierrez-Armenta," a/k/a "Usiel Medina-Meza," a/k/a "Rulo;" did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 6

On or about February 18, 2024, in the State and District of Colorado, the defendant, PAOLA ORTIZ-JIMENEZ, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

4

## COUNT 7

On or about February 18, 2024, in the State and District of Colorado, the defendant, PAOLA ORTIZ-JIMENEZ, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii).

## COUNT 8

From a time unknown, but not later than on or about March 8, 2024, up to and including on or about March 27, 2024, in the State and District of Colorado and elsewhere, the defendants, ERIKA ESMERALDA GARCIA, a/k/a "Chaparita;" AUDEL LAUREANO-VARGAS, a/k/a "Nene;" and ANA AGUILAR, a/k/a "Lulu;" and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire and agree, with interdependence, to possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; or a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi), (b)(1)(B)(i), and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 9

On or about March 20, 2024 in the State and District of Colorado, the defendants, ERIKA ESMERALDA GARCIA, a/k/a "Chaparita," and AUDEL LAUREANO-VARGAS, a/k/a "Nene," did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 10

From on or about March 8, 2024 through March 24, 2024, in the District of Colorado and elsewhere, the defendants, ERIKA ESMERALDA GARCIA, a/k/a "Chaparita;" AUDEL LAUREANO-VARGAS, a/k/a "Nene;" and ANA AGUILAR, a/k/a "Lulu;" did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, possession with intent to distribute a controlled substance and conspiracy to commit the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the

proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 11

On or about March 20, 2024, in the State and District of Colorado, the defendant, AUDEL LAUREANO-VARGAS, a/k/a "Nene," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Eleven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One through Nine of this Indictment involving violations of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi), Section 846, and Title 18, United States Code, Section 2 (aiding and abetting), defendants MAGDIEL SANCHEZ-URIAS, a/k/a "Jaime," a/k/a "Pariente," a/k/a "Chinola;" VIRGEN LEONEL RANGEL-SANCHEZ; AGUSTIN MARES-CADENA;

ZAIRA TECAN-TEJEDA; ALONDRA CARDENAS-RIVERA; MIGUEL MENDOZA-DURAN, a/k/a "Angel Duran-Martinez;" RAUL ERNESTO ALVARADO, a/k/a "Ivan Gutierrez-Armenta," a/k/a "Usiel Medina-Meza," a/k/a "Rulo;" ERICA ROMERO, a/k/a "Erica Linsenbach;" TOMAS MORALES JR; PAOLA ORTIZ-JIMENEZ; ERIKA ESMERALDA GARCIA, a/k/a "Chaparita;" AUDEL LAUREANO-VARGAS, a/k/a "Nene;" and ANA AGUILAR, a/k/a "Lulu" shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendants.

Upon conviction of the violations alleged in Count Ten of this Indictment involving a violation of Title 18, United States Code, Section 1956(h), defendants ERIKA ESMERALDA GARCIA, a/k/a "Chaparita;" AUDEL LAUREANO-VARGAS, a/k/a "Nene;" and ANA AGUILAR, a/k/a "Lulu" shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all of the defendants' right, title and interest in all property, real or personal, involved in such offense, or all property traceable to such property, including, but not limited to: a money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

Upon conviction of the violations alleged in Count Eleven of this Indictment involving a violation of Title 18, United States Code, Section 922(g), defendant AUDEL LAUREANO-VARGAS shall forfeit to the United States pursuant to Title 18, United

8

States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: three firearms recovered on March 20, 2024 from 4699 Kittredge Street, Building 8, Unit #821.

If any of the property described above, as a result of any act or omission of the defendant[s]:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

          A TRUE BILL:

*Ink Signature on File in the Clerk's Office*
FOREPERSON

J. BISHOP GREWELL
Acting United States Attorney

By: *s/ Alyssa Christine Mance*
Alyssa Christine Mance
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  alyssa.mance@usdoj.gov
Attorney for Government